In re:                                                                                                                 Case No. 21-40537-tnap
   Louis J Jones, Jr.                                                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-4                                   User: admin                                        Page 1 of 2
Date Rcvd: May 12, 2021                           Form ID: 309A                                   Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louis J Jones, Jr., 387 Jackson Street, Campbell, OH 44405-1850 |
| tr | + | Richard G. Zellers, Richard G. Zellers & Associates, 3695 Boardman-Canfield Road, Bldg. B, Suite 300, Canfield, OH 44406-9009 |
| 26923216 | + | Belmont Pines Hospital, 615 Churchill-Hubbard Road, Youngstown, OH 44505-1379 |
| 26923226 | | Mahoning County CSEA, 345 Oak Hill Ave, P.O. Box 119, Youngstown, OH 44501-0119 |
| 26923225 | + | Mahoning County Court #2, 8110 Market Street, Youngstown, OH 44512-6243 |
| 26923227 | + | Mandarich Law Group, P.O. Box 109032, Chicago, IL 60610-9032 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bbillec@ohiolegalclinic.com | May 12 2021 21:08:00 | Brett Billec, 26 Market Street, Suite 1001, Youngstown, OH 44503 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | May 12 2021 21:09:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 26923215 | | EDI: TSYS2.COM | May 13 2021 00:33:00 | Barclay's Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 26923217 | | EDI: CAPITALONE.COM | May 13 2021 00:33:00 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 26923218 | + | EDI: CONVERGENT.COM | May 13 2021 00:33:00 | Convergent Outsourcing, 800 SW 39th Street, Suite 100, P.O. Box 9004, Renton, WA 98057-9004 |
| 26923219 | | Email/PDF: creditonebknotifications@resurgent.com | May 12 2021 21:22:13 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 26923221 | | EDI: BLUESTEM | May 13 2021 00:33:00 | Fingerhut, P.O. Box 166, Newark, NJ 07101-0166 |
| 26923223 | | EDI: AMINFOFP.COM | May 13 2021 00:33:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 26923222 | + | EDI: AMINFOFP.COM | May 13 2021 00:33:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 26923224 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2021 21:21:24 | LVNV Funding, 55 Beattie Place #110, Greenville, SC 29601-5115 |
| 26923228 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2021 21:21:17 | Merrick Bank, P.O. Box 30537, Tampa, FL 33630-3537 |
| 26923229 | + | EDI: CBS7AVE | May 13 2021 00:33:00 | Montgomery Ward, P.O. Box 2855, Monroe, WI 53566-8055 |
| 26923230 | | EDI: PRA.COM | May 13 2021 00:33:00 | Portfolio Recovery Associates, P.O. Box 12914, |

| Recip ID | Bypass Reason | | Delivery Date | Name and Address |
|---|---|---|---|---|
| 26924309 | + | EDI: RECOVERYCORP.COM | May 13 2021 00:33:00 | Norfolk, VA 23541<br>PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26923231 | + | EDI: WFFC.COM | May 13 2021 00:33:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26923220 | ##+ | Donnita Decembly, 8137 Prospect Ave, Warren, MI 48089-2974 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Billec | on behalf of Debtor Louis J Jones Jr. bbillec@ohiolegalclinic.com, nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;billecbr51159@notify.bestcase.com;br51159@notify.bestcase.com |
| Richard G. Zellers | RGZTRUSTEE@gmail.com oh10@ecfcbis.com |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Louis J Jones Jr.** | Social Security number or ITIN | xxx–xx–7264 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | Date case filed for chapter 7 | 5/10/21 |
| Case number: | 21–40537–tnap | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Louis J Jones Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 387 Jackson Street<br>Campbell, OH 44405 | |
| 4. | **Debtor's attorney**<br>Name and address | Brett Billec<br>26 Market Street<br>Suite 1001<br>Youngstown, OH 44503 | Contact phone 330–746–7427<br>Email: bbillec@ohiolegalclinic.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard G. Zellers<br>Richard G. Zellers & Associates<br>3695 Boardman–Canfield Road<br>Bldg. B, Suite 300<br>Canfield, OH 44406 | Contact phone (330) 702–0780<br>Email: RGZTRUSTEE@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>Federal Building & US Courthouse<br>10 East Commerce Street<br>Youngstown, OH 44503 | Hours open:<br>9:00 AM – 4:00 PM<br><br>Contact phone 330–742–0900<br><br>Date: 5/12/21 |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | |
| 7. | **Meeting of creditors** | **June 22, 2021 at 10:30 AM** | Location:<br><br>**341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/23/21** |
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | | |
|  | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
|  | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                 page **2**

21-40537-tnap    Doc 8    FILED 05/14/21    ENTERED 05/15/21 00:11:41    Page 4 of 4