IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: LOUIS J. JONES, JR. | ) | CASE NO. 21-40537 |
| | | CHAPTER 7 |
| DEBTOR(S) | ) | JUDGE TIIARA N.A. PATTON |
| | ) | |

MOTION TO REOPEN CASE AND REQUESTING THE
COURT TO DIRECT THE UNITED STATES TRUSTEE
TO APPOINT A TRUSTEE

Now comes Richard G. Zellers, Chapter 7 Trustee that was appointed in the above captioned proceeding ("Movant"), and pursuant to Bankruptcy Rule 5010 moves this Court to reopen this case which was closed on September 3, 2021. For cause, Movant states as follows:

1. This case was commenced by the filing of a voluntary petition under Chapter 7 on May 10, 2021 of the Bankruptcy Code. A Report of No Distribution was filed June 22, 2021. Movant was the duly appointed, qualified and acting Chapter 7 Trustee in this case.

2. Movant states that he has just been informed of discovery of a non-disclosed asset in the form of a pending discrimination suit in the United States District Court according to the attorney handling that matter and said case has a decent value to the estate.

3. Said monies are a value for this estate.

**RELIEF REQUESTED**

4. Movant requests the Court enter an Order reopening this Chapter 7 case, for the administration of the Debtor's interest in newly discovered assets, and directing the United States Trustee to appoint a Trustee accordingly. Movant further requests that

the cost owed to the Clerk of the United States Bankruptcy Court, associated with reopening this case, be deferred until final administration.

WHEREFORE, Movant, Richard G. Zellers, moves this Court for an Order reopening this case, and for an Order directing the United States Trustee to appoint a Chapter 7 Trustee to administer the Debtor's newly discovered assets. Movant further prays the Court grant him such other and further relief as the Court deems appropriate.

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
Chapter 7 Trustee
3695 Boardman-Canfield Rd.
Bldg. B, Suite 300
Canfield, OH  44406
330-702-0780
330-702-0788 facsimile
zellersesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Reopen was sent via regular U.S. Mail, postage prepaid, or electronically sent on the 3rd day of June, 2022, to:

Brett Billec, bbillec@ohiolegalclinic.com

The United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave., Room 441
Cleveland, OH  44114

Louis J. Jones, Jr.
387 Jackson St.
Campbell, OH  44405

/s/Richard G. Zellers
RICHARD G. ZELLERS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: LOUIS J. JONES, JR. ) CASE NO. 21-40537
CHAPTER 7
DEBTOR(S) ) JUDGE TIIARA N.A. PATTON

) **ORDER**

This matter came before the Court upon the Motion of the former Chapter 7 Trustee in the above referenced case seeking to have this case reopened and directing the United States Trustee to appoint a Trustee to disburse newly discovered assets.

The Court finds the Trustee's Motion well taken. Therefore, by entry of this Order, this case shall be and is hereby reopened. The United States Trustee is directed to appoint a Chapter 7 Trustee in this reopened case for the purpose of disbursing newly discovered assets. The costs associated with the fee owed to the Clerk of the United States Bankruptcy Court for the reopening of this case shall be deferred.

### #

Submitted by:

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
3695 Boardman-Canfield Road
Bldg. B, Suite 300
Canfield, OH  44406
330-702-0780
330-702-0788 facsimile
<u>zellersesq@gmail.com</u>


United States Trustee Office
Metzenbaum US Courthouse
201 Superior Ave., Room 441
Cleveland, OH  44114

Richard G. Zellers, Esq.
3695 Boardman-Canfield Rd.
Bldg. B, Suite 300
Canfield, OH  44406

Brett Billec, Esq.
26 Market St.
Youngstown, OH  44503

Louis J. Jones, Jr.
387 Jackson St.
Campbell, OH  44405