IT IS SO ORDERED.

Dated: August 9, 2022



Tiiara N.A. Patton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: LOUIS J. JONES, JR. | ) | CASE NO. 21-40537 |
| | | CHAPTER 7 |
| DEBTOR(S) | ) | JUDGE TIIARA N.A. PATTON |
| | ) | **ORDER** |

This matter came before the Court upon the Motion of the former Chapter 7 Trustee in the above referenced case seeking to have this case reopened and directing the United States Trustee to appoint a Trustee to disburse newly discovered assets.

All interested parties were properly served and no party objected or otherwise appear in opposition to the Motion.

The Court finds the Trustee's Motion well taken. Therefore, by entry of this Order, this case shall be and is hereby reopened. The United States Trustee is directed to appoint a Chapter 7 Trustee in this reopened case for the purpose of disbursing newly discovered assets. The costs associated with the fee owed to the Clerk of the United States Bankruptcy Court for the reopening of this case shall be deferred until the final administration of this case.

###

Submitted by:

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
3695 Boardman-Canfield Road
Bldg. B, Suite 300
Canfield, OH 44406
330-702-0780
330-702-0788 facsimile
zellersesq@gmail.com


United States Trustee Office
Metzenbaum US Courthouse
201 Superior Ave., Room 441
Cleveland, OH 44114

Richard G. Zellers, Esq.
3695 Boardman-Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406

Brett Billec, Esq.
26 Market St.
Youngstown, OH 44503

Louis J. Jones, Jr.
387 Jackson St.
Campbell, OH 44405