UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO


IN RE                           )

                                  )      CASE NO. 21-40537 (tnap)

                                  )

LOUIS J. JONES, JR.          )

                                  )      CHAPTER 7

                                  )

                                  )

                                  )      JUDGE TIIARA N.A. PATTON

                                  )

                                  )


## <u>NOTICE OF RE-APPOINTMENT OF TRUSTEE</u>

      RICHARD G. ZELLERS is hereby re-appointed to serve as Chapter 7 Trustee in the

above-captioned case.




                        ANDREW R. VARA
                        UNITED STATES TRUSTEE REGION 9

                        By: <u>/s/ Anita Saenz</u>
                               Anita Saenz




<u>August 9, 2022</u>
Date of Appointment