UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: LOUIS J. JONES, JR.                )        CASE NO. 21-40537
                                                   CHAPTER 7
         DEBTOR(S)                        )        JUDGE TIIARA N.A. PATTON

NOTICE OF ZOOM HEARING
REGARDING APPLICATION FOR SPECIAL COUNSEL

Richard G. Zellers, Movant, has filed with the Court the Application for Appointment of Special Counsel (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Application or if you want the Court to consider your views on the Application at a hearing, then on or before **September 14, 2022,** you or your attorney must:

File with the Court an objection/response at:

United States Bankruptcy Court
Nathaniel R. Jones Federal Building & U.S. Courthouse
10 East Commerce Street
Youngstown, OH  44503-1621

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your response to:

Richard G. Zellers, Trustee
3695 Boardman Canfield Road
Bldg. B, Suite 300
Canfield, OH  44406

Please take further notice that a **Zoom Video Conference Hearing** on the Application will be held on **September 21, 2022** at **10:00** a.m. prevailing Eastern Time, or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton via the Zoom Video

Communications application ("Zoom"). To participate in and join the Zoom hearing, parties must pre-register by emailing Brandon Pasvanis at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. Your hearing registration email must include the following information: (a) case name and case number; (b) the hearing date and time(s); (c) the participant's name, address, and telephone number; and (d) the name of party or parties whom participant represents.

All participants are required to appear by Zoom and comply with *Judge Tiiara N.A. Patton's Procedures for Video Conference Hearings via Zoom Video Communications*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Brandon Pasvanis, Judge Patton's Courtroom Deputy at 330-742-0950 to make alternative arrangements. Absent emergency circumstance3s, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open Court.

/s/Richard G. Zellers
RICHARD G. ZELLERS
ATTORNEY FOR MOVANT
3695 Boardman Canfield Road
Bldg. B, Suite 300
Canfield, OH 44406

CERTIFICATE OF SERVICE

I certify that on August 23, 2022 a true and correct copy of the foregoing notice was served:

Via the Court's Electronic Case Filing System on these entitles and individuals who are listed on the Court's Electronic Mall Notice List:

Brett Billec, bbillec@ohiolegalclinic.com

And by regular U.S. Mail, postage prepaid, on:

Office of the United States Trustee
201 Superior Ave., Room 441
Cleveland, OH 44114

```
Label Matrix for local noticing          Ally Bank, c/o AIS Portfolio Services, LP    PRA Receivables Management, LLC
0647-4                                    4515 N Santa Fe Ave. Dept. APS               PO Box 41021
Case 21-40537-tnap                        Oklahoma City, OK 73118-7901                 Norfolk, VA 23541-1021
Northern District of Ohio
Youngstown
Tue Aug 23 13:40:24 EDT 2022

U.S. Bankruptcy Court                     Barclay's Bank Delaware                      Belmont Pines Hospital
Federal Building & US Courthouse          125 South West Street                        615 Churchill-Hubbard Road
10 East Commerce Street                   Wilmington, DE 19801-5014                    Youngstown, OH 44505-1379
Youngstown, OH 44503-1693


Capital One                               Convergent Outsourcing                       Credit One Bank
P.O. Box 30253                            800 SW 39th Street                           P.O. Box 98873
Salt Lake City, UT 84130-0253             Suite 100                                    Las Vegas, NV 89193-8873
                                          P.O. Box 9004
                                          Renton, WA 98057-9004


Donnita Decembly                          Fingerhut                                    First Premier Bank
3137 Prospect Ave                         P.O. Box 166                                 3820 N. Louise Avenue
Warren, MI 48089-2974                     Newark, NJ 07101-0166                        Sioux Falls, SD 57107-0145


First Premier Bank                        LVNV Funding                                 LVNV Funding, LLC
601 S. Minnesota Avenue                   55 Beattie Place #110                        Resurgent Capital Services
Sioux Falls, SD 57104-4868                Greenville, SC 29601-5115                    PO Box 10587
                                                                                       Greenville, SC 29603-0587


MERRICK BANK                              Mahoning County CSEA                         Mahoning County Court #2
Resurgent Capital Services                345 Oak Hill Ave                             8110 Market Street
PO Box 10368                              P.O. Box 119                                 Youngstown, OH 44512-6243
Greenville, SC 29603-0368                 Youngstown, OH 44501-0119


Sandarich Law Group                       Merrick Bank                                 Montgomery Ward
P.O. Box 109032                           P.O. Box 30537                               P.O. Box 2855
Chicago, IL 60610-9032                    Tampa, FL 33630-3537                         Monroe, WI 53566-8055


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Wells Fargo Dealer Services                  Brett Billec
PO BOX 41067                              P.O. Box 25341                               26 Market Street
NORFOLK VA 23541-1067                     Santa Ana, CA 92799-5341                     Suite 1001
                                                                                       Youngstown, OH 44503-1708


Louis J Jones Jr.                         Richard G. Zellers
687 Jackson Street                        Richard G. Zellers & Associates
Campbell, OH 44405-1850                   3695 Boardman-Canfield Road
                                          Bldg. B, Suite 300
                                          Canfield, OH 44406-9009
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC          End of Label Matrix
PO Box 41021                                 Mailable recipients    25
Norfolk, VA 23541-1021                       Bypassed recipients     1
                                             Total                  26