IT IS SO ORDERED.

Dated: October 12, 2022



Tiiara N.A. Patton
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: LOUIS J. JONES, JR. | ) CASE NO. 21-40537 |
| |   CHAPTER 7 |
| DEBTOR | ) JUDGE TIIARA N.A. PATTON |
| | ) **ORDER OF APPOINTMENT** |
| | ) |

Upon Application for Appointment of Attorneys for Trustee previously filed herein, Applicant is hereby authorized to employ Richard G. Zellers, and Richard G. Zellers & Associates, Inc. for the purposes specified, the Court being satisfied that the Attorneys represent no interest adverse to the Trustee or to the Estate in matters upon which they are to be engaged.

All interested parties were properly served and no party objected or appeared in opposition to the application.

Richard G. Zellers & Associates, Inc. shall apply for compensation and reimbursement of expenses in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable procedures and orders

of the Court.

    The Application is granted.

###

Submitted by:

/s/Richard G. Zellers
RICHARD G. ZELLERS (0011764)
TRUSTEE
3695 Boardman-Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
330-702-0780 telephone
330-702-0788 facsimile
zellersesq@gmail.com



Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Room 441
Cleveland, OH 44114

Richard G. Zellers, Esq.
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406

Brett Billec, Esq.
26 Market St.
Youngstown, OH 44503

Louis J. Jones, Jr.
387 Jackson St.
Campbell, OH 44405