IT IS SO ORDERED.

Dated: October 12, 2022



Tiiara N.A. Patton
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT

| | | |
|---|---|---|
| IN RE: LOUIS J. JONES, JR. | ) | CASE NO. 21-40537 |
| | | CHAPTER 7 |
| DEBTOR | ) | JUDGE TIIARA N.A. PATTON |
| | ) | **ORDER** |
| | ) | |

This matter came to the Court on an Application of the Trustee for Appointment of Special Counsel for said Trustee being David Truman as Special Counsel for purposes of pursuing the matter of Louis Jones, Jr. versus NMC Metals, Inc. for an age discrimination pending in the United State District Court. The Court has reviewed the Application and finds that it is in the best interest of the estate and creditors.

Any billings by Special Counsel are subject to approval of this Court by a motion to determine reasonableness of fees. The Court hereby authorizes Richard G. Zellers, Trustee to hire David Truman as Special Counsel for the Trustee for purposes of pursuing the United States District Court case on behalf of the estate.

IT IS FURTHER ORDERED that David Truman shall apply for compensation and reimbursement of expenses in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

###

**Submitted by:**

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@gmail.com


Richard G. Zellers, Esq.
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406

Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Room 441
Cleveland, OH 44114

Brett Billec, Esq.
26 Market St., Suite 1001
Youngstown, OH 44503