IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT

| IN RE: LOUIS JONES, JR. | ) | CASE NO. 21-40537 |
| | | CHAPTER 7 |
| DEBTOR | ) | JUDGE TIIARA N.A. PATTON |

## FIRST AND FINAL APPLICATION FOR COMPENSATION FOR SPECIAL COUNSEL FOR THE TRUSTEE

Now comes Richard G. Zellers, Trustee in the above captioned matter and herein makes Application for payment to David Truman as Special Counsel for the Trustee and further states as follows.

On October 12, 2022 this Court did enter an Order (Docket 40) authorizing the Trustee to hire David Truman as Special Counsel for purposes of pursuing the matter of Louis Jones, Jr. v. NMC Metals, Inc. for age discrimination in an law suit pending in the Federal District Court for the Northern District of Ohio.

Attached hereto as Exhibit A is a listing for services David Truman rendered in said matter. Said fees and expenses add up to $21,217.50, as well as the filing fee in the District Court of $402.00 for a total of $21,619.50. Although Mr. Truman and his law firm generally charge 40%, he is willing to settle for a one-third contingency of $10,666.67 and his expenses, including filing fee and transcription attached as Exhibit B and the transcripts for depositions attached hereto as Exhibit C in the amounts of $402.00 and $275.00 respectively. The total fees and expenses are $11,343.67.

The Trustee has reviewed the application and exhibits attached thereto and believes that the fees are reasonable, fair and equitable and in the best interest of the estate and its creditors based on the results of the Federal District Court case.

Therefore, the Trustee requests approval of the Application and the authorization to pay David Truman, Special Counsel, the sum of $10,666.67 in fees and expenses in the amount of $677.00.

Respectfully submitted,

/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@gmail.com

## CERTIFICATE OF SERVICE

I certify that on December 20, 2022, a true and correct copy of the foregoing was served:

Bret Billec, bbillec@ohiolegalclinic.com

And by regular U.S. mail, postage prepaid, on:

Office of the United States Trustee
201 Superior Ave., Room 441
Cleveland, OH 44114



# INVOICE

Invoice # 3391
Date: 11/18/2022
Due Upon Receipt

4700 Rockside Road, Suite 530
Independence, OH 44131
Phone: 216-382-2500
www.employmentlawpartners.com

Mr Louis Jones
387 Jackson st
Campbell, OH 44405

## 03222-Jones

## Disability and race claims against NMC METALS, INC., dba NILES EXPANDED METALS

### Services

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/30/2021 | DT | Call with Louis re: need for his medical records ▇▇ | 0.20 | $275.00 | $55.00 |
| 12/01/2021 | DT | Call with Louis Jones about obtaining his medical records from ▇▇ | 0.10 | $275.00 | $27.50 |
| 12/08/2021 | DT | Call with client re: ▇ medical records access. | 0.20 | $275.00 | $55.00 |
| 01/14/2022 | DT | Call with Louis re: need for filing fee deposit and medical records update. | 0.20 | $300.00 | $60.00 |
| 01/21/2022 | DT | Drafting Complaint. | 1.30 | $300.00 | $390.00 |
| 01/24/2022 | DT | Editing and revising draft Complaint. | 1.40 | $300.00 | $420.00 |
| 01/25/2022 | ST | Reviewing/revising draft complaint | 0.50 | $325.00 | $162.50 |
| 01/26/2022 | DT | Prepare civil cover sheet and summons and file complaint via ECF. | 0.30 | $300.00 | $90.00 |
| 02/08/2022 | DT | Prepare waiver of service form and email with complaint to Kevin Murphy. | 0.20 | $300.00 | $60.00 |
| 03/16/2022 | DT | Email case update to client. | 0.20 | $300.00 | $60.00 |
| 03/25/2022 | DT | Receive and review answer and email correspondence with client re: same. | 0.20 | $300.00 | $60.00 |
| 03/30/2022 | DT | Call from Louis re: answer filed by defendant and | 0.50 | $300.00 | $150.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | discovery strategy. | | | |
| 04/08/2022 | DT | Meeting with Louis in office. | 0.20 | $300.00 | $60.00 |
| 04/11/2022 | DT | Call from Louis re: ███████████ | 0.30 | $300.00 | $90.00 |
| 04/27/2022 | DT | Email correspondence with client re: initial discovery protocols and case management conference. | 0.30 | $300.00 | $90.00 |
| 04/27/2022 | DT | Call from client re: CMC and initial discovery protocols production. | 0.20 | $300.00 | $60.00 |
| 05/03/2022 | DT | Draft motion to continue CMC | 0.20 | $300.00 | $60.00 |
| 05/03/2022 | DT | Email client re: motion to continue CMC. | 0.10 | $300.00 | $30.00 |
| 05/09/2022 | DT | Meeting at office with client to recieve and discuss documents for initial discovery protocols. | 0.30 | $300.00 | $90.00 |
| 05/13/2022 | DT | Research judicial estoppel re: ██████████████ ██████ bankruptcy case. | 0.80 | $300.00 | $240.00 |
| 05/19/2022 | DT | Review case file to prepare for disclosures per initial discovery protocols. | 1.20 | $300.00 | $360.00 |
| 05/20/2022 | DT | Call and leave voicemail and draft email to bankruptcy trustee R. Zellers re: civil case and ███████████ ████████ bankruptcy case. | 0.20 | $300.00 | $60.00 |
| 05/20/2022 | DT | Call with client to discuss notice to bankruptcy trustee. | 0.20 | $300.00 | $60.00 |
| 05/20/2022 | DT | Reviewing documents for production per discovery protocols and emailing the same to defense counsel. | 1.10 | $300.00 | $330.00 |
| 05/23/2022 | DT | Call with client re: additional mitigation records requested by defendant ██████████████████ ██████████████ | 0.40 | $300.00 | $120.00 |
| 06/06/2022 | DT | Call with Louis re: conversation with trustee and trustee's plan to reopen bankruptcy and file appearance in case. | 0.30 | $300.00 | $90.00 |
| 06/07/2022 | DT | Call from Louis to discuss questions for his bankruptcy attorney. | 0.20 | $300.00 | $60.00 |
| 06/07/2022 | DT | Call to Louis's bankruptcy attorney to discuss exemptions and his next steps. | 0.20 | $300.00 | $60.00 |
| 06/08/2022 | DT | Call from Louis to discuss settlement authority of trustee. | 0.30 | $300.00 | $90.00 |
| 06/14/2022 | DT | [No Charge] ██████████████████████ ██████████████ | 0.70 | $0.00 | $0.00 |
| 06/14/2022 | DT | Reviewing file and notes to calculate settlement demand range. | 0.40 | $300.00 | $120.00 |

| 06/15/2022 | ST | Conf. w/ D. Truman re: settlement demand; Reviewing/ revising draft of same | 0.10 | $325.00 | $32.50 |
|---|---|---|---|---|---|
| 06/15/2022 | DT | Call with trustee Zellers re: status and expectations on re-opening bankruptcy | 0.10 | $300.00 | $30.00 |
| 06/15/2022 | DT | Call with client re: update on bankruptcy and settlement demand. | 0.40 | $300.00 | $120.00 |
| 06/15/2022 | DT | Drafting settlement demand per CMC order. | 0.20 | $300.00 | $60.00 |
| 06/16/2022 | DT | Review and revise party planning report and email correspondence to defense counsel re: same. | 0.20 | $300.00 | $60.00 |
| 06/28/2022 | DT | Drafting Plaintiff's first set of discovery requests to Defendant. | 1.40 | $300.00 | $420.00 |
| 06/29/2022 | ST | Attending case management conference w/ Judge Pearson | 1.00 | $325.00 | $325.00 |
| 06/29/2022 | DT | Reviewing file in preparation for case management conference call. | 1.10 | $300.00 | $330.00 |
| 06/29/2022 | DT | Telephonic case management conference. | 1.00 | $300.00 | $300.00 |
| 06/30/2022 | DT | Call with client to discuss yesterday's CMC conference. | 0.30 | $300.00 | $90.00 |
| 07/03/2022 | DT | Editing and revising Plaintiff's first set of discovery requests to Defendant. | 1.70 | $300.00 | $510.00 |
| 07/06/2022 | DT | Research discovery of co-workers' medical information by plaintiff in ADA litigation. | 0.60 | $300.00 | $180.00 |
| 07/06/2022 | DT | Email defense counsel re: ADA confidentiality research. | 0.20 | $300.00 | $60.00 |
| 07/07/2022 | DT | Review and revise proposed stipulated protective order and email same to all counsel. | 0.80 | $300.00 | $240.00 |
| 07/11/2022 | DT | Review and edit stipulated protective order, email correspondence with M. Ries re: same, and filing stipulation re: inadvertent disclosure or privileged material. | 0.40 | $300.00 | $120.00 |
| 07/28/2022 | DT | Drafting written discovery responses. | 1.70 | $300.00 | $510.00 |
| 07/29/2022 | DT | Continue drafting written discovery responses. Call with client re: discovery responses | 2.40 | $300.00 | $720.00 |
| 08/03/2022 | DT | Email correspondence with M. Ries re: discovery responses extension. | 0.10 | $300.00 | $30.00 |
| 08/03/2022 | DT | Call with client to review and revise draft discovery responses. Email correspondence with client re: Defendant's responses. | 1.30 | $300.00 | $390.00 |
| 08/10/2022 | DT | Email correspondence with R. Zellers re: case management order. | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/11/2022 | DT | Receive and review bankruptcy court order and call with trustee to discuss next steps. | 0.20 | $300.00 | $60.00 |
| 08/11/2022 | DT | Reviewing and revising discovery responses. | 2.30 | $300.00 | $690.00 |
| 08/19/2022 | ST | Reviewing and commenting on draft engagement letter for Bankruptcy Trustee | 0.20 | $325.00 | $65.00 |
| 08/19/2022 | DT | Drafting proposed engagement letter for Bankruptcy Trustee | 0.40 | $300.00 | $120.00 |
| 08/24/2022 | DT | Review documents produced by NMC. Call with client to discuss same. | 1.80 | $300.00 | $540.00 |
| 09/06/2022 | DT | Researching disclosure requirements for treating physician. | 0.40 | $300.00 | $120.00 |
| 09/09/2022 | DT | Review discovery materials received to date and draft discovery dispute letter to defense counsel. | 2.10 | $300.00 | $630.00 |
| 09/14/2022 | DT | Review file and CMC order in prepartation for status conference. | 0.50 | $300.00 | $150.00 |
| 09/14/2022 | DT | Telephone status conference with Judge Pearson and Defense counsel. Additional discussion on discovery of work restriction requests and scheduling of mediation with Defense counsel. | 0.50 | $300.00 | $150.00 |
| 09/15/2022 | DT | Review order scheduling mediation. Draft correspondence to Trustee Zellers and Mr. Jones re: same. | 0.30 | $300.00 | $90.00 |
| 09/23/2022 | DT | Call with Louis to discuss mediation schedule and Trustee's decisionmaking authority. Also discussed getting M. Brewer meeting and statement. | 0.30 | $300.00 | $90.00 |
| 09/27/2022 | DT | Call with Mark Brewer | 0.20 | $300.00 | $60.00 |
| 09/27/2022 | DT | Call with client re: Mark Brewer | 0.20 | $300.00 | $60.00 |
| 10/05/2022 | DT | Meeting and interview with M. Brewer. Draft declaration based on interview. | 1.30 | $300.00 | $390.00 |
| 10/18/2022 | DT | Reviewing file and preparation for depositions of defendant witnesses. | 3.40 | $300.00 | $1,020.00 |
| 10/18/2022 | DT | Research 100 percent healed rule cases and comparators with different job titles. | 1.80 | $300.00 | $540.00 |
| 10/19/2022 | DT | Meeting with client to prepare for deposition. | 2.30 | $300.00 | $690.00 |
| 10/19/2022 | DT | Reviewing file in preparation for depositions of plaintiff and R. Andino and B. Phillips | 3.60 | $300.00 | $1,080.00 |
| 10/20/2022 | DT | Deposition of L. Jones at office of defense counsel in Warren and following discussion with client re: same | 6.90 | $300.00 | $2,070.00 |
| 10/20/2022 | DT | Review of notes from deposition of plaintiff and | 1.10 | $300.00 | $330.00 |

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | additional preparation for depositions of employer witnesses. | | | |
| 10/21/2022 | DT | Depositions of R. Andino and B. Phillips at defense counsel office in Warren | 5.00 | $300.00 | $1,500.00 |
| 10/21/2022 | DT | Call with client re: depositions of employer witnesses. | 0.40 | $300.00 | $120.00 |
| 10/26/2022 | DT | Email R. Zellers re: mediation and settlement proposal. | 0.10 | $300.00 | $30.00 |
| 10/29/2022 | DT | Drafting mediation statement. | 2.10 | $300.00 | $630.00 |
| 10/30/2022 | DT | Edit and revise mediation statement. | 0.70 | $300.00 | $210.00 |
| 10/31/2022 | ST | Reviewing/revising draft mediation statement | 0.50 | $325.00 | $162.50 |
| 10/31/2022 | DT | Revising mediation statement incorporating feedback from S. Torch and preparation of exhibits. | 0.80 | $300.00 | $240.00 |
| 10/31/2022 | DT | Calls with L. Jones, R. Zellers, and M. Ries re: settlement. | 0.60 | $300.00 | $180.00 |
| 10/31/2022 | ST | Confs. w/ D. Truman re: settlement and related issues | 0.20 | $325.00 | $65.00 |
| 11/01/2022 | DT | Receive, review, edit proposed settlement agreement from M. Ries. | 0.30 | $300.00 | $90.00 |
| 11/01/2022 | ST | Reviewing/revising draft settlement agreement and responding to D. Truman's comments on same | 0.30 | $325.00 | $97.50 |
| 11/02/2022 | DT | Research tax treatment of settlement payment to trustee and email correspondence with M. Ries re: same. | 0.40 | $300.00 | $120.00 |
| 11/03/2022 | DT | Email correspondence with M. Ries re: proposed changes to settlement agreement. | 0.20 | $300.00 | $60.00 |
| 11/04/2022 | DT | Email correspondence with R. Zellers re: draftsettlement agreement. | 0.20 | $300.00 | $60.00 |
| 11/06/2022 | DT | Revise and edit draft settlement agreement per trustee request. Email revised draft to trustee. | 0.30 | $300.00 | $90.00 |

| | |
|---|---|
| **Quantity Subtotal** | **69.9** |
| **Services Subtotal** | **$20,817.50** |

## Expenses

| Date | Attorney | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 10/20/2022 | DT | Mileage: Travel for depositions at defense counsel office in Warren. | 100.00 | $0.625 | $62.50 |
| 10/21/2022 | DT | Mileage: Travel for depositions at defense counsel office in Warren. | 100.00 | $0.625 | $62.50 |

| 10/31/2022 | DT | Court reporter sitting fee: A&A Reporting court reporter fee for depositions of R. Andino and W. Phillips, Jr. | 1.00 | $275.00 | $275.00 |

|  |  | **Expenses Subtotal** | **$400.00** |

| Timekeeper | Quantity | Rate | Total |
| --- | --- | --- | --- |
| Stuart Torch | 2.8 | $325.00 | $910.00 |
| David Truman | 65.9 | $300.00 | $19,770.00 |
| David Truman | 0.5 | $275.00 | $137.50 |
| David Truman | 0.7 | $0.00 | $0.00 |
|  | **Quantity Total** | | **69.9** |
|  | **Subtotal** | | **$21,217.50** |
|  | **Total** | | **$21,217.50** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ( | $0.00 | + | $21,217.50 | ) - ( | $0.00 | ) = | $21,217.50 |





**\*\*Formerly Elfvin, Klingshirn, Royer & Torch, LLC**

Please remit payment to Employment Law Partners, LLC
We accept cash, checks, eChecks, and credit cards.

Please call (216) 382-2500 with any questions or to arrange a payment plan.

Payment is due upon receipt.

**David Truman**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, January 26, 2022 2:42 PM |
| **To:** | David Truman |
| **Subject:** | Pay.gov Payment Confirmation: OHIO NORTHERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Help Desk at 1-800-355-8498.

Account Number: 3548530
Court: OHIO NORTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: AOHNDC-11240260
Approval Code: 026167
Card Number: ************5061
Date/Time: 01/26/2022 02:41:30 ET

NOTE: This is an automated message. Please do not reply

1

Ex B



# Invoice

**Reporting & Transcription Services**
837 Boardman-Canfield Road
Suite 203
Youngstown, Ohio 44512

| Date | Invoice # |
|------|-----------|
| 10/28/2022 | 22-0986 |

*EIN: 45-2953296*

| Bill To |
|---------|
| Employment Law Partners, LLC |
| Atty. David Truman |
| 4700 Rockside Road |
| Suite 530 |
| Independence, Ohio 44131 |

| Job Date | Case Caption | Case No. | Reporter |
|----------|--------------|----------|----------|
| 10/21/2022 | Jones VS NMC | USDC 4:22 CV 00138 | Jodie Algarin |

| Description |
|-------------|
| Matters not transcribed. To attend the depositions of Rebecca Andino and William Phillips, Jr. |
| |
| Held in the office of Atty. Ries. |

Thank you for your business!

| | |
|--|--|
| **Total** | $275.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $275.00 |

330-729-9626    info@aareporting.com

Ex C

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT

IN RE: LOUIS JONES, JR.        )      CASE NO. 21-40537

                                          CHAPTER 7

            DEBTOR        )      JUDGE TIIARA N.A. PATTON

                                          )      ORDER

This matter came to the Court upon the First and Final Application for Compensation for Special Counsel for the Trustee and the request for authority to pay approved fees.

The Court has reviewed the Application and the exhibits attached thereto and find that the request for fees and expenses is reasonable, fair and equitable and in the best interest of the estate and its creditors. A hearing was held on January 11, 2023 and all parties were properly served. There were no objections filed.

Therefore, the Court approves fees and expenses and authorizes the Trustee to pay the sum of $10,666.67 in legal fees and $677.00 in expenses to David Truman as Special Counsel.

# # #

**Submitted by:**


/s/Richard G. Zellers
**RICHARD G. ZELLERS (0011764)**
Attorney for Trustee
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406
(330) 702-0780
(330) 702-0788 facsimile
zellersesq@gmail.com


Richard G. Zellers, Esq.
3695 Boardman Canfield Rd.
Bldg. B, Suite 300
Canfield, OH 44406

Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Room 441
Cleveland, OH 44114

Brett Billec, Esq.
25 Market St., Ste. 1001
Youngstown, OH 44503