UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: LOUIS JONES, JR.        )     CASE NO. 21-40537
                                    CHAPTER 7
       DEBTOR(S)       )     JUDGE TIIARA N.A. PATTON

NOTICE OF ZOOM HEARING
REGARDING APPLICATION FOR FEES

Richard G. Zellers, Movant, has filed with the Court the Application for First and Final Fees for Special Counsel for Trustee in the amount of $11,343.61(the "Application").

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Application or if you want the Court to consider your views on the Application at a hearing, then on or before **January 18, 2023,** you or your attorney must:

File with the Court an objection/response at:

United States Bankruptcy Court
Nathaniel R. Jones Federal Building & U.S. Courthouse
10 East Commerce Street
Youngstown, OH  44503-1621

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your response to:

Richard G. Zellers, Trustee
3695 Boardman Canfield Road
Bldg. B, Suite 300
Canfield, OH  44406

Please take further notice that a **Zoom Video Conference Hearing** on the Application will be held on **January 25, 2023** at **10:00** a.m. prevailing Eastern Time, or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton via the Zoom Video Communications application ("Zoom").  To participate in and join the Zoom hearing, parties must pre-register by emailing Brandon Pasvanis at PattonZoom_Registration@ohnb.uscourts.gov by

Greenville, SC  29603

Quantum3 Group
PO Box 788
Kirkland, WA  98083

Mahoning County Child Support
PO Box 119
Youngstown, OH  44501

Montgomery Ward
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX  75380

Midnight Velvet
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX  75380

Home at Five
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX  75380

Massey's
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX  75380

Mason
c/o Creditors Bankruptcy Services
PO Box 800849
Dallas, TX  75380

Ginny's
c/o Creditors Bankruptcy Services
PO Box 800849
Dallas, TX  75380

Donnitia Decenbly
2921 Cedar Creek Parkway
Decatur, Georgia  30033